**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.**

**IN RE: ONE (1) 2022 FERRARI F8 TRIBUTO**
**(CATS NO. 22-DEA-696212)**

_____ /

**JOINT MOTION TO ENLARGE TIME IN WHICH TO FILE CIVIL FORFEITURE COMPLAINT OR CRIMINAL FORFEITURE**

Pursuant to 18 U.S.C. § 983(a)(3)(A), the United States of America ("United States") and Melik Najim ("Najim" or "Claimant") (collectively, the "Parties") file this Joint Motion to Enlarge Time in Which to File Civil Forfeiture Complaint or Criminal Forfeiture. In support of this Motion, the Parties state as follows:

1. On or about September 23, 2022, Drug Enforcement Administration ("DEA") agents seized the following vehicle: **ONE (1) 2022 FERRARI F8 TRIBUTO** ("Seized Vehicle").

2. DEA assigned CATS No. 22-DEA-696212 to the Seized Vehicle, initiated administrative forfeiture proceedings, and sent written notices of seizure to potential claimants in accordance with 18 U.S.C. § 983(a)(1)(A).

3. On December 27, 2022, Najim filed a claim to the Seized Vehicle, and DEA subsequently referred this matter to the U.S. Attorney's Office for the Southern District of Florida.

4. The time has expired for any person to file a claim to the Seized Vehicle under 18 U.S.C. § 983(a)(2)(A)-(E). No other person has filed a claim to the property as required by law in the nonjudicial civil forfeiture proceeding.

5. Pursuant to 18 U.S.C. § 983(a)(3), within 90 days after a claim is filed, the United States is required to file a civil forfeiture complaint or obtain a criminal indictment containing an allegation that the property is subject to forfeiture. However, the Court may extend the period for

filing a civil forfeiture complaint for good cause shown or upon agreement of the Parties.[1]

6. Pursuant to 18 U.S.C. § 983(a)(3)(A)-(C), the deadline for the United States to file a civil forfeiture complaint or to obtain an indictment alleging that the Seized Assets are subject to forfeiture is March 28, 2023. The Parties have now agreed to extend this deadline by ninety- (90) days, or until June 26, 2023.

7. Claimant, through her undersigned counsel, has knowingly, intelligently, and voluntarily agreed to waive any right he may have under 18 U.S.C. § 983(a)(3)(A)-(C) to require the United States to file a complaint for forfeiture against the property and/or to obtain an indictment alleging that the property is subject to forfeiture no later than May 31, 2017, and any right he may have to seek dismissal of any complaint and/or any indictment on the ground that it was not filed or returned on or before March 28, 2023.

8. In addition, there is good cause to extend the deadline from March 28, 2023, to June 26, 2023, as such extension as the Parties are currently in settlement negotiations which may resolve this matter without further litigation.

WHEREFORE, the Parties respectfully request that the Court grant this motion. A proposed order is attached.

---

[1] The statute, in relevant part, reads:
    (A) Not later than 90 days after a claim has been filed, the Government shall file a complaint for forfeiture in the manner set forth in the Supplemental Rules for Certain Admiralty and Maritime Claims or return the property pending the filing of a complaint, except that a court in the district in which the complaint will be filed may extend the period for filing a complaint for good cause shown or upon agreement of the parties.
18 U.S.C. § 983(3)(A).

Respectfully submitted,

By: _/s/ Michael Nadler_    Date: 03/23/2023
Michael Nadler
Attorney at Law
Stumphauzer, Kolaya, Nadler, & Sloman, PLLC
Two S. Biscayne Blvd., Suite 1600
Miami, Florida 33131
305.614.1400
mnadler@sknlaw.com
*Counsel for Melik Najim*

**MARKENZY LAPOINTE**
**UNITED STATES ATTORNEY**

By: *//s Daren Grove*    Date: 3/23/23
Daren Grove (Court No. A5501243)
Assistant United States Attorney
E-mail: daren.grove@usdoj.gov
500 E. Broward Boulevard, Suite 822
Fort Lauderdale, Florida 33394
Telephone: 954.660.5774
*Counsel for the United States*